COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Dallas_ DIVISION

United States District Court
Southern District of Texas
FILED

DEC 21 2001

Michael N. Milby
Clerk of Court

_Carlos A. Reyes #1028233_
Plaintiff's name and ID Number

_Jesse Dawson State Jail_
Place of Confinement

CASE NO: _3-01CV250_ - _H_
(Clerk will assign the number)

B -01- 211

v.

_Anthony P. Troiani_
Defendant's name and address

_700 Paredes Ave., Ste. #106_
Defendant's name and address

_Brownsville, Texas 78521_
Defendant's name and address
(DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 27 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:
           Plaintiff(s) _____

           Defendant(s) _____

        3. Court (If federal, name the district; if state, name the county) _____

        4. Docket Number: _____

        5. **Name of judge to whom case was assigned:** _____

        6. **Disposition: (Was the case dismissed, appealed, still pending?)**

_____

        7. Approximate date of disposition: _____

II.   PLACE OF PRESENT CONFINEMENT: Jesse Dawson State Jail

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.
File Grievance to the State Bar of Texas

IV.   PARTIES TO THIS SUIT:
A. Name of address of plaintiff: Carlos A. Reyes #1028233
Jesse Dawson State Jail - P.O. Box 650675
Dallas, Texas 75265

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Anthony P. Troiani, attorney, practice in Brownsville
700 Paredes Ave., Ste. 106 Brownsville, Texas 78521
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated Rules defined in/under Texas Disciplinary Rules of Professional Conduct

Defendant #2: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Anthony P. Troiani was appointed to represent me by the Courts in Brownsville Texas on 2/00. I advised Mr. Troiani

of my innocense. Mr. Troiani promised to represent me to the best of his ability. Mr. Troiani failed to keep me updated on the status of my case, violating rules that he swore under oath to uphold. His professional misconduct & legal malpractice cost me my freedom. Mr. Anthony P. Troiani who was my Attorney, A servant of the Law, who violated rules governing that Law.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the courts to look at the records & facts, seeing that Troiani did in fact violate my Constitutional rights. Further I pray that the courts will see that I'm entitled to fair, lost wages, mental anguish & hardship

VII. **BACKGROUND INFORMATION:**
  A. State, in complete form, all names you have ever used or been known by including any and all aliases:
     _____

  B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
     _____

VII. **SANCTIONS:**

  A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
     ___ YES  ✓ NO

  B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
     1. Court that imposed sanctions (if federal, give district and division):_____
     2. Case Number: _____
     3. Approximate date sanctions were imposed: _____
     4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

  C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

  D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: __11-20-01__
            DATE

                                                                             _Carlos M Reyes_
                                                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __20th__ day of __November__, 20 __01__.
           (Day)                   (Month)         (Year)

                                                                      _Carlos M Reyes_
                                                                       (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.