IN THE UNITED STATES DISTRICT COURT
FOR THE  Northern  DISTRICT OF TEXAS
 Dallas  DIVISION

 Carlos A. Reyes 
Plaintiff's name and ID Number

 Jesse Dawson State Jail 
Place of Confinement

CASE NO. 3-01CV2592-H
(Clerk will assign the number)

v.

 Anthony P. Troiani 
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

B-01-211

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 27 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

United States District Court
Southern District of Texas
FILED
DEC 21 2001
Michael N. Milby
Clerk of Court

I,  Carlos A. Reyes , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment       Yes☐ No☒
   b. Rent payments, interest or dividends?              Yes☐ No☒
   c. Pensions, annuities or life insurance payments?    Yes☐ No☒
   d. Gifts or inheritances?                             Yes☐ No☒
   e. Family or friends?                                 Yes☒ No☐
   f. Any other sources?                                 Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    My parents have sent me $50 a month 
    since my incarceration. This is a loan. 

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
            Yes☐           No☒
   If you answered YES, state the total value of the items owned.

   _____
   _____

1 of 2

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐         No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __19__ day of __November__, 2001

        _Carlos M. Reyes_    _1028233_
        Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEX  DEPARTMENT OF CRIMINAL JU   CE           1/19/01
JD16/NMW0521              - IN-FORMA-PAUPERIS DATA                 12:08:33
TDCJ#: 01028233 SID#: 04603648 LOCATION: DAWSON ST JL    INDIGENT  TE: 00/00/00
NAME: REYES,CARLOS ALBERTO              BEGINNING PERIOD: 05/01/
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        114.08 TOT HOLD AMT:        0.00 3MTH TOT DE :      350.00
6MTH DEP:           620.00 6MTH AVG BAL:       66.82 6MTH AVG DE :      103.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/01    93.78         150.00           07/01    97.72          70.00
09/01   101.94          90.00           06/01   138.95          00.00
08/01    86.41         110.00           05/01   107.43          00.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Dallas_
ON THIS THE _19th_ DAY OF _November_, _01_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



NAWA MWIYA
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-09-2003