5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS A. REYES | § | |
| VS | § | CIVIL ACTION NO. B-01-211 |
| ANTHONY P. TROIANI | § | |

### ADDENDUM AMENDING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

In this Court's Report and Recommendation (Doc. # 4), it is recommended that Petitioner's 42 U.S.C. § 1983 claims against respondent be denied and that the § 1983 claims be construed as a 28 U.S.C. § 2254 petition.

The petitioner has filed a 28 U.S.C. § 2254 petition by separate pleadings in Civil Action No. B01-175 (Doc. #5) and in H02-287 (Doc. # 2, Houston Division). Magistrate Judge William M. Black is consolidating both cases.

Due to these additional filings by Petitioner, it is unnecessary to construe the 42 U.S.C. § 1983 claims as 28 U.S.C. § 2254 petition.

It is therefore recommended that the 42 U.S.C. § 1983 claims be dismissed on grounds stated in this Court's original Report and Recommendation.

The petitioner has not filed objections to the Report and Recommendation filed on January 8, 2002.

DONE at Brownsville, Texas, this 20th day of February 2002.

Felix Recio
United States Magistrate Judge