UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 27 2002

| | | |
|---|---|---|
| CARLOS A. REYES, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-211 |
| | § | |
| ANTHONY P. TROIANI | § | |
| Defendant | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation and Amendment thereto is hereby ADOPTED, and Plaintiff's § 1983 case is hereby DISMISSED.

DONE in Brownsville, Texas on this 26 day of Feb, 2002.

Hilda Tagle
United States District Judge